UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON,
  Plaintiff,

vs.

LAKE WORTH ENTERPRISES, LLC, et. al.
  Defendants.
_____/

## ORDER

THIS MATTER came before the Court on the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (DE # 3, 2/29/12). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (DE # 3, 2/29/12) is **GRANTED**. Based on the Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (DE # 3, 2/29/12) filed with the Court, the plaintiff is unable to pay the costs associated with this lawsuit. The plaintiff shall deliver a copy of this Order, the summonses and attachments to the Untied States Marshals Service, 400 N. Miami Avenue, 6th Floor, Miami, Florida 33128 on or before **Wednesday, June 13, 2012**. The United States Marshal shall serve the summonses and attachments on the defendants without cost to the plaintiff.

**DONE AND ORDERED** in Chambers at Miami, Florida this **30th** day of May, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Lenard

Mailed by Chambers to:
Timothy Patrick Reardon
50 Biscayne Blvd. #3703
Miami, FL 33132