UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON,

    Plaintiff,

vs.

LAKE WORTH ENTERPRISES, LLC, et. al.

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court sua sponte following a review of the record. On May 30, 2012, the Court issued an Order granting the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (DE # 3, 2/29/12). See Order (DE# 5, 5/30/12). The Order (DE# 5) requires the plaintiff to "deliver a copy of this Order [DE# 5], the summonses and attachments to the Untied States Marshals Service, 400 N. Miami Avenue, 6th Floor, Miami, Florida 33128 on or before **Wednesday, June 13, 2012**." Id. Accordingly, it is

ORDERED AND ADJUDGED that the plaintiff shall file a notice with the Court following delivery of these documents to the Untied States Marshals Service.

**DONE AND ORDERED** in Chambers at Miami, Florida this **30th** day of May, 2012.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Lenard

Mailed by Chambers to:
Timothy Patrick Reardon
50 Biscayne Blvd. #3703
Miami, FL 33132