UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 12-20829-CIV-LENARD/O'SULLIVAN



TIMOTHY PATRICK REARDON,
  Plaintiff,

vs.

LAKE WORTH ENTERPRISES,, LLC, et al.,
  Defendants.
_____/

## MOTION FOR EXTENSION OF TIME

On May 30, 2012, this Honorable Court ordered that Plaintiff shall deliver a copy of the Order (Attached), the summonses and attachments to the United States Marshals Service on or before Wednesday, June 13, 2012.

TIMOTHY PATRICK REARDON (REARDON), appearing Pro Se, respectfully requests that this Honorable Court grant an extension until June 29th, 2012 to serve the Defendants with a copy of the summons and complaint.

REARDON is in the process of amending the complaint and needs until June 29th, 2012 to file and serve a copy of the summons and the amended complaint.

Respectfully submitted this 12th day of June, 2012.

_____
Timothy Patrick Reardon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON,
    Plaintiff,

vs.

LAKE WORTH ENTERPRISES, LLC, et. al.
    Defendants.
_____/

### ORDER

THIS MATTER came before the Court on the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (DE # 3, 2/29/12). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (DE # 3, 2/29/12) is **GRANTED**. Based on the Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (DE # 3, 2/29/12) filed with the Court, the plaintiff is unable to pay the costs associated with this lawsuit. The plaintiff shall deliver a copy of this Order, the summonses and attachments to the Untied States Marshals Service, 400 N. Miami Avenue, 6th Floor, Miami, Florida 33128 on or before **Wednesday, June 13, 2012**. The United States Marshal shall serve the summonses and attachments on the defendants without cost to the plaintiff.

**DONE AND ORDERED** in Chambers at Miami, Florida this **30th** day of May, 2012.

                                                      JOHN J. O'SULLIVAN
                                                      UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Lenard

Mailed by Chambers to:
Timothy Patrick Reardon
50 Biscayne Blvd. #3703
Miami, FL 33132