UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON,

    Plaintiff,

vs.

LAKE WORTH ENTERPRISES, LLC, et. al.

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Motion for Extension of Time (DE# 7, 6/12/12) filed by the plaintiff. On May 30, 2012, the Court granted the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (DE # 3, 2/29/12) and ordered that the plaintiff "deliver a copy of this Order [DE# 5], the summonses and attachments to the Untied States Marshals Service, 400 N. Miami Avenue, 6th Floor, Miami, Florida 33128 on or before **Wednesday, June 13, 2012**." See Order (DE# 5, 5/30/12). The plaintiff now seeks an extension of time until June 29, 2012 to deliver the documents to the United States Marshals Service.[1] Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Motion for Extension of Time (DE# 7, 6/12/12) is **GRANTED**. The plaintiff shall deliver a copy of May 30, 2012 Order [DE# 5],

---

[1] The plaintiff states in his motion that he is seeking an extension of time to serve the defendants. However, pursuant to the May 30, 2012 Order, the plaintiff is required to deliver copy of this Order [DE# 5], the summonses and attachments to the Untied States Marshals Service and the United States Marshals Service will effectuate service on behalf of the plaintiff. See Order (DE# 5, 5/30/12).

the summonses and attachments to the Untied States Marshals Service, 400 N. Miami Avenue, 6th Floor, Miami, Florida 33128 on or before **Friday, June 29, 2012**. It is further,

ORDERED AND ADJUDGED that the plaintiff shall file a notice with the Court following delivery of these documents to the Untied States Marshals Service.

**DONE AND ORDERED** in Chambers at Miami, Florida this **18th** day of June, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Lenard

Mailed by Chambers to:
Timothy Patrick Reardon
50 Biscayne Blvd. #3703
Miami, FL 33132