UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON,
    Plaintiff,
v.
LAKE WORTH ENTERPRISES, LLC, et. al.
    Defendants.
_____/

### ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. On June 18, 2012, the Court issued an Order (DE# 8) granting the plaintiff Timothy Patrick Reardon's Motion for Extension of Time to Deliver Documents to the U.S. Marshals Service (DE# 8, 6/18/2012). The Order (DE# 8) required Mr. Reardon to deliver the subject documents on or before June 29, 2012. The undersigned's Chambers has contacted the U.S. Marshals Service and has been advised that the plaintiff has failed to deliver the required documents pursuant to the Court's Order (DE# 8). Accordingly, it is

ORDERED AND ADJUDGED that on or before **Monday, July 23, 2012**, the plaintiff shall file a memorandum addressing why the undersigned should not issue a Report and Recommendation recommending that the instant action be dismissed for failure to comply with an Order of this Court (DE# 8) and for failure to serve process within 120 days of the filing of the complaint as required by Fed.R.Civ.P. 4(m).

DONE AND ORDERED in Chambers, at Miami, Florida, this **9th** day of July, 2012.

                                          /s/ John J. O'Sullivan
                                          JOHN J. O'SULLIVAN
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Judge Lenard
All Counsel of Record

Copies mailed by Chambers to:
Timothy Patrick Reardon
50 Biscayne Blvd. #3703
Miami, FL 33132