UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON
    Plaintiff,
v.
LAKE WORTH ENTERPRISES, LLC, et. al.
    Defendants



FILED by AJS D.C.
JUL 24 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## MEMORANDUM OF LAW

On July 9, 2012 this Honorable Court ordered that Plaintiff shall file a memorandum addressing why this Court should not issue a Report and Recommendation recommending that the instant action be dismissed for failure to comply with an Order of this Court (DE# 8) and for failure to serve process within 120 days of filing of the complaint as required by Fed. R. Civ. P. 4(m).

> Fed.R.Civ.P. 4(m) states: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

Timothy Patrick Reardon (REARDON), appearing Pro Se, previously asked for a one week extension of time that his Court granted.

Plaintiff is filing a case under the Racketeer Influenced and Corrupt Organization Act (RICO) and needs more time to ensure compliance with all elements necessary.

Plaintiff would seek a second, Final Extension until Monday, July 30th, 2012 to serve the U.S. Marshalls Service copies of subject documents.

Respectfully submitted this 23th of July, 2012.

_____
Timothy Patrick Reardon