UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON
    Plaintiff,
v.
LAKE WORTH ENTERPRISES, LLC, et. al.
    Defendants



FILED by AJS D.C.
JUL 24 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. -- MIAMI

## MOTION TO BE SERVED NOTICES OF FILINGS {NEF} VIA EMAIL

Timothy Patrick Reardon (REARDON), appearing Pro Se, files this MOTION TO BE SERVED VIA EMAIL.

Tthe Honorable Alan S. Gold – Pro Se Instructions state:

"Pro se litigants may file a motion with the Court requesting they receive the notices of electronic filings {NEF} by providing the Court with a valid e-mail address.

Plaintiff's email address is the following:  treardon12@aol.com

Respectfully submitted this 23th of July, 2012.

Timothy Patrick Reardon