UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON,
    Plaintiff,
v.
LAKE WORTH ENTERPRISES, LLC, et. al.
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Motion to Be Served Notices of Filings {Nef} via Email (DE# 12, 7/24/12). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Motion to Be Served Notices of Filings {Nef} via Email (DE# 12, 7/24/12) is **GRANTED**. The Clerk of the Court is directed to add the plaintiff's email address (treardon12@aol.com) to receive notices of electronic filings in this case.

DONE AND ORDERED in Chambers, at Miami, Florida, this **24th** day of July, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Judge Lenard
All Counsel of Record

Copies mailed by Chambers to:
Timothy Patrick Reardon
226 N.E. 1St Ave
Miami, FL 33132