UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON,
    Plaintiff,
v.
LAKE WORTH ENTERPRISES, LLC, et. al.
    Defendants.
_____/

### ORDER

THIS MATTER is before the Court on the Memorandum of Law (DE# 11, 7/24/12) filed by the plaintiff. The plaintiff requests an extension of time until Monday, July 30, 2012 to deliver a copy of the Court's prior Order (DE# 5), the summonses and attachments to the United States Marshals Service, 400 N. Miami Avenue, 6th Floor, Miami, Florida 33128. The undersigned will construe the plaintiff's memorandum as a motion for extension of time. Accordingly, it is

ORDERED AND ADJUDGED that the Order to Show Cause (DE# 9, 7/9/12) is **VACATED** and that the Motion for Extension of Time (DE# 11, 7/24/12) to deliver documents to the United States Marshals Service is **GRANTED**. The plaintiff shall deliver the documents to the United States Marshals Service on or before **Monday, July 30, 2012**. If the plaintiff does not deliver the documents by this date, the undersigned will issue a Report and Recommendation recommending that the instant action be dismissed for failure to serve process within 120 days of the filing of the complaint as required by FED.R.CIV.P. 4(m).

DONE AND ORDERED in Chambers, at Miami, Florida, this **24th** day of July, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
The Honorable Judge Lenard
All Counsel of Record
All pro se parties