AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Tim Rearden_

Plaintiff(s)

v.

_W. B. Care Center_

Defendant(s)

)
)
)
)
)
)
)
)
)
)

Civil Action No.

12-20829 CIV

Leonh

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

_Joshua Manastr, P.A._
_c/o Joshua Manastr_
_4770 Biscayne Blvd #1400_
_Miami FL 33137_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

_Tim Rearden_
_226 NE 1st Ave_
_Miami FL 33132_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **JUL 31, 2012**



Steven M. Larimore
Clerk of Court

# SUMMONS

s/Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Tim Rewoh _____ *Plaintiff(s)* <br><br> v. <br><br> W, B care Centr _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  208 29  civ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Michael Bernstein, P.A.
c/o Michael Bernstein
1688 Meridian Ave # 418
Miami Beach FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Rewoh
226 NE 1st Ave
Mim FL 33137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  __JUL 31, 2012__



Steven M. Larimore
Clerk of Court

## SUMMONS

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| ___Tim Rindon___<br>*Plaintiff(s)* | ) ) ) ) ) ) ) |
| v. | Civil Action No.<br>12-20829 CIV<br>Leonard |
| ___W. B. Care___<br>*Defendant(s)* | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Lake Worth Enterprise, LLC
c/o CT Corporation
1200 South Pine Island Rd
Plantation FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Rindon
226 N. E. 1st Ave
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___JUL 31, 2012___



## SUMMONS

Steven M. Larimore
Clerk of Court

S/Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

_Tim Reed_

_____
*Plaintiff(s)*

v.

_W. B. Care_

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

12-20829

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ECC, P.I d/b/a Ehrenstein
Charbonneau, Calderin
Attn: Jackie Calderin
501 Brickell Key Drive #300
Miami FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Reed
226 NE 1st Ave
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **JUL 31, 2012**
_____



Steven M. Larimore
Clerk of Court

## SUMMONS

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

|  |  |
|---|---|
| Tim Rhend<br>_____<br>*Plaintiff(s)*<br>v.<br>W. B, Care<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

12-20829

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Brond & Cassel PA
B & C Corp Service
390 N. Orang Ave #1400
Orlando FL 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Rhend
226 NE 1st Av
Miam, FL 3313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  __**JUL 31, 2012**__



Steven M. Larimore
Clerk of Court

## SUMMONS

s/Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Tim Reardon _____ *Plaintiff(s)* <br> v. <br> W. B. Care Center _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 12- 20829-CIV <br> Leonard |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
West Dixie Care, LLC
C.T. Corporation System
1200 South Pine Island Rd
Plantation FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tim Reardon
226 N.E. 1st Ave
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **JUL 31, 2012** _____



**SUMMONS**

s/ Crystal Barnes-Butler
**Deputy Clerk**
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

|   |   |   |
|---|---|---|
| Tim Reardon | ) | |
| _____ | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No.  12-20829-civ |
| W. B. Care Center | ) | Lenard. |
| _____ | ) | |
| Defendant(s) | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Schon Family Foundation
1534 53rd St
Brookly N.Y  11219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Reardon
226 N.E 1st Ave
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **JUL 31, 2012**
_____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Crystal Barnes-Butler
**Deputy Clerk**
**U.S. District Courts**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_Tim Rud_ )
)
)
)
)
_Plaintiff(s)_ )
v. )      Civil Action No.
)
)      12-208 29
_V. B. Can_ )
)
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Chesed Global Founders
1440 Broadway Suite
# 1766
New York NY 10018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Krup, E 1st Ave
226 N. E 1st Ave
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **JUL 31, 2012**



Steven M. Larimore
Clerk of Court

# SUMMONS

s/Crystal Barnes-Butler
**Deputy Clerk**
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Tim Reardon

_Plaintiff(s)_

v.

W. B. Cave Center

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 12-20829-CIV

Leonard

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

The Ridge Park Foundation
1446 59th Street
Brooklyn N.Y. 11219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Reardon
226 N.E. 1st Ave
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __JUL 31, 2012__



Steven M. Larimore
Clerk of Court

# SUMMONS

s/Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<table>
<tr><td>Tim Read</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td><i>12-20829</i></td></tr>
<tr><td>W. B Care Centr</td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Delray Group LLC
CT Corporation
1200 South Pine Island Rd
Plantation FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Read NE 1st Av
226 NE 1st Av
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  __JUL 31, 2012__



Steven M. Larimore
Clerk of Court

# SUMMONS

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Timothy Patrick Reardon | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  12-20829-CIV-O'SULLIVAN |
| | ) | |
| W.B. Care Center, LLC d/b/a | ) | |
| West Broward Care Center, | ) | |
| et al., | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Northern Jacksonville Enterprise, LLC
> c/o  C.T. Corporation System
> 1200 South Pine Island Road
> Plantation FL  33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Timothy Patrick Reardon
> 226 N.E. 1st Ave
> Miami, FL  33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: **JUL 31, 2012**
_____

Steven M. Larimore
Clerk of Court

s/Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

)
)
*Tim Reardon*
_____
Plaintiff(s)
)
)
)
)
v.
)
)
Civil Action No.
*12 - 208 29*
)
)
*W. B. Care Center*
_____
Defendant(s)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Solomon & Clara Heisler Family Foundation*
*~~1848~~ 1543  51st Street*
*Brookly NY 11219*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Tim Reardon*
*226 N.E. 1st Ave*
*Miami FL 33132*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **JUL 31, 2012**
_____



**SUMMONS**

s/Crystal Barnes-Butler
**Deputy Clerk**
**U.S. District Courts**

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_Tim Revell_
_____
Plaintiff(s)

v.

_W. B Car_
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

12 -20829

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Boca Group LLC
CT Corp
1200 South Pine Island Rd
Plantation FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Revell
226 N.E 1st Ave
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    **JUL 31, 2012**
_____



# SUMMONS

s/Crystal Barnes-Butler
## Deputy Clerk
## U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

_Tom Rumble_
_____
Plaintiff(s)

v.

_W. B. Care_
_____
Defendant(s)

)
)
)
)
)
)
)
)
)

Civil Action No.   12 - 20829

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Joseph Mitchell, P.A.
c/o Joseph Mitchell
2851 Remington Green Circle
Suite D
Tallahassee FL 32308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tom Rumble
226 N.E 1st Ave
Miami FL 33122

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **JUL 31, 2012**
_____



# SUMMONS

Steven M. Larimore
Clerk of Court

S/Crystal Barnes-Butler
**Deputy Clerk**
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| Tim Rhual | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| | ) | 12-20829 CIV |
| W. B. Law | ) | Leoaau |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Emes Foundation, Inc
C/o Eli Robins
1333 Broadway # 730
New York NY 10018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Rhual
226 N.E. 1st Ave
Miami FL 33137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: __July 31, 2012__

Steven M. Larimore
Clerk of Court

# SUMMONS

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Timothy Patrick Reardon | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  12-20829-CIV-O'SULLIVAN |
| | ) | |
| W.B. Care Center, LLC d/b/a | ) | |
| West Broward Care Center, | ) | |
| et al., | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Weingarten Family Foundation
5422 17th Ave
Brooklyn  NY  11204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Timothy Patrick Reardon
226 N.E. 1st Ave
Miami, FL  33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  __July 31, 2012__



Steven M. Larimore
Clerk of Court

# SUMMONS

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<table>
<tr><td>

Tim Rhead
_____
Plaintiff(s)

v.

W. B. Cave
_____
Defendant(s)

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No.

12- 20829

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Goldsmith & Grout, PA.
c/o Jonathan Grout
4216 Centergate Lane #203
Orlando FL 32740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Rhead E 1st Av
226 N. E 1st Av
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 31, 2012**
_____



**SUMMONS**

s/Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

*Tim Rench*
_____
Plaintiff(s)

v.

*W. B. Care LLC*
_____
Defendant(s)

)
)
)
)
)
)
)
)
)

Civil Action No. *12-20829*

## SUMMONS IN A CIVIL ACTION

*Leasing 1, LLC*

To: *(Defendant's name and address)*

*Institutional ~~Mortgage~~*
*c/o Millennium Mortgage J*
*10800 Bisayn Blvd #600*
*Miami    FL 33161*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Tim Rench*
*226 N. E 1st An*
*Miami FL 33132*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: __July 31, 2012__

s/Crystal Barnes-Butler
**Deputy Clerk**
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| _Tim Rindo_ | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| _W. B. Care Cant_ | ) |
| _Defendant(s)_ | ) |

Civil Action No.

12- 208 29  CIV

Leonard

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Millenum Healtham Manrgmnt, LLC
c/o Bernstein Law Firm
1688 Meridian Ave # 418
Miami Beach FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Rindo
226 N. E 1st Ave
Miam FL 33137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  __July 31, 2012__



Steven M. Larimore
Clerk of Court

# SUMMONS

s/Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| *Tim Reunh* | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. |
| *W. B. Care Center* | ) | *12-20829-CIV* |
| Defendant(s) | ) | *Leonard* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Millennium Management, LLC*
*c/o Millennium Management*
*10800 Bisayne Blvd #600*
*Miami, FL 33161*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Tim Reunh*
*226 N.E 1st Ave*
*Miami FL 33132*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: ___**July 31, 2012**___

Steven M. Larimore
Clerk of Court

## SUMMONS

s/Crystal Barnes-Butler
**Deputy Clerk**
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_Tim Reed_

Plaintiff(s)

v.

_W. B. Care_

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

12- 20829

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CDBR Enterprise, LLC
CT Corp
1200 S. Pine Island Rd
Plantation FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Reed
226 N. E 1st Ave
Miami FL 33137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __July 31, 2012__



Steven M. Larimore
Clerk of Court

## SUMMONS

S/Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| _Tim Reardon_ <br> ─────────────── <br> *Plaintiff(s)* <br> v. <br> _W. B Car Center_ <br> ─────────────── <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No. <br> _12-20829-CIV_ <br> _Leonard_ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   _Law office of Peter Lewis, P.L_
_c/o Peter Lewis_
_3023 North Shannon Lakes Dr._
_#101_
_Tallahassee FL 32309_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    _Tim Reardon_
_226 N.E 1st Ave_
_Miami FL 33132_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **July 31, 2012**
─────────────────

s/ Crystal Barnes-Butler
**Deputy Clerk**
U.S. District Courts

Steven M. Larimore
Clerk of Court

## SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_Tim Rhead_

Plaintiff(s)

v.

_W. B. Care_

Defendant(s)

Civil Action No.

12-20829

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

_Coral Gables Holdings LLC_
_CT Corp_
_1200 South Pine Island Rd_
_Plantation FL 33324_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

_Tim Rhead_
_226 NE 1 St Ave_
_Miami FL 33132_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 31, 2012**



Steven M. Larimore
Clerk of Court

## SUMMONS

S/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Tim Reardon

_____
Plaintiff(s)

v.

W. B. Core Centr

_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

12-20829 CIV

Leonard

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Zichron Foundation for special needs
c/o Bernstein Law Firm
1688 Meridian Ave # 418
Miami Beach FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Reardon
226 N.E 1st Ave
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 31, 2012**
_____



Steven M. Larimore
Clerk of Court

## SUMMONS

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____
Tom Ricardo

_Plaintiff(s)_

v.

_____
W. B Carr

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

12-20829

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Royal Holdings
Avon Park ~~Villers~~
CT corp
1200 South Pine Island Rd
Plantation FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tom Krumf
226 NE 1St Av
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**July 31, 2012**
_____
_Signature of Clerk or Deputy Clerk_

## SUMMONS

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Tim Reardon <br> _Plaintiff(s)_ <br> v. <br> W. B. Care Center <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 12-20829 - CIV <br><br> Leonard |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Payton & Associates, LLC
c/o Attn Harry Payton
2 South Bisayne Blvd #1600
Miami FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Reardon
226 N.E. 1st Ave
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **July 31, 2012**



Steven M. Larimore
Clerk of Court

## SUMMONS

s/ Crystal Barnes-Butler
**Deputy Clerk**
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| _Tim Reed_ | ) |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) |
| _Plaintiff(s)_ | ) |
| v. | )   Civil Action No. |
| _W B Car_ | )   _12-208 29_ |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) |
| _Defendant(s)_ | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    *Bordentan Enterprise, LLC Millennium Manger 10800 Bisayne Blvd #600 Mimi FL 33161*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Tim Reed 226 NE 12th St Mimi FL 3313*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  __**July 31, 2012**__



**SUMMONS**

s/ Crystal Barnes-Butler
**Deputy Clerk**
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Tim Arnal | ) |
| _____ | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. |
| | ) |
| W. B Care | ) *12-20829* |
| _____ | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     DIP Capital Lending, Inc
                                         40 Michael Bernstein
                                         1688 Meridian Ave #418
                                         Miami FL 33135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Arnal
226 NE 1st A
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __**July 31, 2012**__

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Crystal Barnes-Butler
**Deputy Clerk**
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Tim Reardon
_____
*Plaintiff(s)*

v.

W. B. Care Center
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

12-20829-civ
Leonard

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Thomas L. Abrams, P.A
1776 North Pines Island Rd #309
Plantation FL 33222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Reardon
226 N.E. 1st Ave
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __**July 31, 2012**__
_____



**SUMMONS**

s/ Crystal Barnes-Butler
**Deputy Clerk**
**U.S. District Courts**

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Tim Reardon

_____
Plaintiff(s)

v.

W.B Care Center

_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

12-20829 civ
Leonard

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

West Broward Group, LLC
c/o Millennium Management
10800 Biscayne Blvd #600
Miami FL 33161

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Reardon
226 N.E. 1st Ave
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **July 31, 2012**
_____



SUMMONS

Steven M. Larimore
Clerk of Court

s/Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_Tim Rush_
_____
Plaintiff(s)

v.

_W. B Law_
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

_12 - 20829_

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   _Educational Support Foundation, Inc_
_890 West End Ave_
_New York NY 10025_

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

_Tim Rush_
_226 N E 1st Ave_
_Miami FL 33132_

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **July 31, 2012**
_____



Steven M. Larimore
Clerk of Court

# SUMMONS

s/ Crystal Barnes-Butler
**Deputy Clerk**
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Tim Reardon

_Plaintiff(s)_

v.

W. B. Care Center

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

12-20829 - CIV

Leonard

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Wilk Auslander ~~~~ LLP.
c/o Jack Wilk
1515 Broadway   43rd Floor
New York NY  10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Reardon
226 N. E 1st Ave
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   __July 31, 2012__



Steven M. Larimore
Clerk of Court

## SUMMONS

s/Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| _Tim Reardon_ | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. 12-20829-CIV |
| _W B Care Centr_ | ) | Leonard |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Miller Weissler
A/hq deff
&
S,,tterson, PA

*Stearns Weaver*
*c/o Eugene Stearns*
*150 West Flagler #220*
*Miami FL 33130*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Tim Reardon*
*226 N.E 1st Ave*
*Miami FL 33132*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __July 31, 2012__



Steven M. Larimore
Clerk of Court

## SUMMONS

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

)
)
Tim Reurdon )
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ )
*Plaintiff(s)* )
v. )
)
W. B. Care Center )
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ )
*Defendant(s)* )

Civil Action No.

12-20829  CIV
Leonard

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ruden McClosky, P.A.
c/o Joseph Luzinski
200 South Bisayne #1818
Miami FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Reurdon
226 N.E 1st Ave
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  **July 31, 2012**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Steven M. Larimore
Clerk of Court

# SUMMONS

s/Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_Tin Rendon_
_____
Plaintiff(s)

v.

_W. B. Core Cantr_
_____
Defendant(s)

)
)
)
)
)
)
)
)
)

Civil Action No. _12- 20829 CIV_
_Leonard_

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)    _Moore Stephens Loveluce, P.A._
_c/o B & L Corporate Services_
_390 North Orange Ave # 1400_
_Orlando FL 32801_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

_Tin Rendon_
_226 N. E 1st Ave_
_Miami FL 33137_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __July 31, 2012__



Steven M. Larimore
Clerk of Court

# SUMMONS

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Tin Rheul_

_____
Plaintiff(s)

v.

_W. B. Can_

_____
Defendant(s)

)
)
)
)
)
)
)
)

Civil Action No.

_12-20829_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

_Hinlenh Enterprise, LLC_
_CT Corporation System_
_1200 South Pine Island Rd_
_Plantation FL 33324_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

_Tin Rheul_
_226 N.E. 1st Ave_
_Miami FL 33132_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __July 31, 2012__

Steven M. Larimore
Clerk of Court

**SUMMONS**

S/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts