UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON,
    Plaintiff,
vs.
W.B. CARE CENTER, LLC d.b.a
WEST BROWARD CARE CENTER;
et. al.
    Defendants.
_____/



FILED by ___ D.C.
AUG 10 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE A
RICO CIVIL CASE STATEMENT**

    Timothy Patrick Reardon, appearing Pro Se, files this Motion for Permission to File a RICO Case Statement. Plaintiff had been planning to file a RICO Case Statement within thirty (30) days from serving Complaint on Defendants.

    Plaintiff recently discovered by reading the Local Rules of the United States District Court for the Southern District of Florida that the rule regarding the RICO Case Statement has been discontinued.

    Plaintiff believes that the filing of the RICO Case Statement would help a Pro Se litigant fight the impending "Motions to Dismiss for Failure to State a Cause of Action" that are almost certainly to come, especially since many of the Defendants are themselves, law firms.

    Dated August 10, 2012,              Respectfully submitted,

                                        By: _____

                                        Timothy Patrick Reardon