UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON

        Plaintiff,

vs.

W.B. CARE CENTER, LLC d.b.a.
WEST BROWARD CARE CENTER;
et al.

        Defendants.
_____/

## ORDER

THIS MATTER is before this Court on the Plaintiff's Motion for Permission to File a RICO Case Statement (DE# 17, 8/13/12). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion for Permission to File a RICO Case Statement (DE# 17, 8/13/12) is **GRANTED**. The plaintiff shall file his RICO Case Statement on or before **Friday, August 31, 2012**.

DONE AND ORDERED in Chambers in Miami, Florida this **17th** day of August, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record

Copies mailed by Chambers to:
Timothy Patrick Reardon
50 Biscayne Blvd. #3703
Miami, FL 33132