UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON

       Plaintiff,

vs.

W.B. CARE CENTER, LLC d.b.a.
WEST BROWARD CARE CENTER;
et al.

       Defendants.
_____/

## ORDER

THIS MATTER is before this Court on the Plaintiff's Emergency Motion for Order Directing U.S. Marshals to Serve Defendants (DE# 19, 8/20/12). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Plaintiff's Emergency Motion for Order Directing U.S. Marshals to Serve Defendants (DE# 19, 8/20/12) is **DENIED**. Rule 26(d)(1) of the Federal Rules of Civil Procedure states that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." FED. R. CIV. P. 26(d)(1). The instant action does not fall under any of the exceptions listed in Rule 26(d)(1). Accordingly, the plaintiff is not permitted to serve discovery on the defendants until the parties have conferred as required by Rule 26(f). Id.  Additionally, parties to an action are subject to requests for production pursuant to FED. R. CIV. P. 34. Thus, the issuance of subpoenas duces tecum on parties to this action is an unnecessary expense.

The Court notes that the plaintiff filed the instant motion on an emergency basis. The plaintiff commenced this action on February 28, 2012. See Complaint (DE# 1, 2/29/12). On May 30, 2012, the Honorable Joan A. Lenard referred this matter to the undersigned for all pre-trial motions. See Order Referring Case (DE# 4, 5/30/12). On the same day, the undersigned granted the plaintiff's request to proceed in forma pauperis and required that the plaintiff deliver a copy of the summonses and attachments to the United States Marshals Service by June 13, 2012. See Order (DE# 5, 5/30/12). The plaintiff failed to comply with the Court's instructions and after two extensions of time and an Order to Show Cause (DE# 9, 7/9/12), the plaintiff finally delivered the required documents (including 36 summonses)[1] to the United States Marshals Service on July 31, 2012, one day after the Court-imposed deadline of July 30, 2012. To the extent the plaintiff argues that there has been undue delay by the United States Marshals Service in serving these defendants, that argument is not well taken.

DONE AND ORDERED in Chambers in Miami, Florida this **21st** day of August, 2012.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record
All pro se parties

---

[1] The Amended Complaint lists 37 defendants. The plaintiff did not provide a summons for defendant WB Care Center, LLC d/b/a West Broward Care Center. See Summonses (DE# 16, 7/31/12).