**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON,
    Plaintiff,

vs.

W.B. CARE CENTER, LLC d.b.a
WEST BROWARD CARE CENTER;
et. al.
    Defendants.

_____/

**PLAINTIFF'S NOTICE OF FILING**
**LETTER TO JUDGE JOHN O'SULLIVAN**

Plaintiff Timothy Patrick Reardon, (REARDON), appearing Pro Se, files this notice of filing attached letter to Judge.

Respectfully Submitted,

This 21st day of August, 2012

*[signature]*

Timothy Patrick Reardon
226 N.E. 1st Ave
Miami, FL 33132
305-302-0601
TReardon12@aol.com

FILED by OBR D.C.
AUG 21 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Timothy Patrick Reardon  
226 N.E. 1st Ave  
Miami, FL 33132  
305-302-0601

August 21, 2012

Judge John O'Sullivan  
United States Magistrate Judge

Re;   Timothy Patrick Reardon v. West Broward Care Center, LLC et al.  
      Case # 12-20829

Dear Judge O'Sullivan,

I just wanted to clarify that my Emergency Motion to Direct U.S. Marshals to serve Notice of Production was in no way meant to disparage the U.S. Marshal Service.

The only reason that I specified that the U.S. Marshal Service had not yet served my Amended Complaint was to explain to this Court that there would not be an "additional" cost to serve a Notice of Production.

If it were not for the U.S. Marshal Service I would have had to mail my complaint along with a request that each of the Defendants waive service, which certainly would have taken longer than having the U.S. Marshal Service serve complaint.

Again, Plaintiff was only trying to save the cost of having U.S. Marshals make two trips to the same address.

It is not clear in the local rules if the ruling of "pauperis" includes the service of other items, such as request for documents, interrogatories, etc.  In fact, I was planning to mail the request for production until I was informed that it must be served.

It was due to this question that I tried to combine the complaint with the request for documents.   However, I now know that the complaint must be served first.

I am grateful that the cost of filing was waived along with  the costs of service. It is obviously a savings of well over $3,000.00 that I would not have been able to afford.

I hope that I am able to reimburse these costs sometime in the future, but that is not certain.

Sincerely

Tim P. Reardon