UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON,
    Plaintiff,

v.

W.B. CENTER, LLC et al.,
    Defendants.
_____/

### ORDER

THIS MATTER comes before the Court on the Plaintiff's Response in Opposition to Defendant Moore Stephens Lovelace Motion to Dismiss [DE 65] Plaintiff's Amended Complaint for Failure to Properly Plead a Fraud Claim and Memorandum of Law (DE# 86, 9/26/12). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Plaintiff's Response in Opposition to Defendant Moore Stephens Lovelace Motion to Dismiss [DE 65] Plaintiff's Amended Complaint for Failure to Properly Plead a Fraud Claim and Memorandum of Law (DE# 86, 9/26/12) is **STRICKEN** from the record. The instant filing fails to comply with Local Rule 7.1 (c)(2), which states in pertinent part that "[a]bsent prior permission of the Court, neither a motion and its incorporated memorandum of law nor the opposing memorandum of law shall exceed twenty (20) pages." On or before **Wednesday, October 10, 2012**, the plaintiff shall refile his response to Moore Stephens Lovelace, P.A.'s Motion to Dismiss the First Amended Verified Complaint (D.E. #15) (DE# 65, 9/12/12) in accordance with the page limits imposed by the local rules.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **26th** day of September, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All Counsel of Record