USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Timothy Patrick Reardon | 12-20829-CIV-O'Sullivan |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Goldsmith and Grout, P.A. | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Goldsmith and Grout, P.A. c/o Jonathon Grout
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
4216 Centergate Lane #203, Orlando FL 32790

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Timothy Patrick Reardon
226 N.E. 1st Ave
Miami, FL 33132

FILED by _____ D.C.
NOV 20 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 004 | District to Serve No. A18 | Signature of Authorized USMS Deputy or Clerk  Paula Sherman | Date 8/15/2012 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date 9/13/12    Time 7:00 ☐ am ☑ pm
Signature of U.S. Marshal or Deputy   4981

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | $8.00 | | | | $0.00 |

REMARKS: 1st attempt: No answer at door of address. 8/23/12 JB
2nd attempt: No answer at 2160 N. Park Ave Winter Park Fl. 8/31/12 @ 11:54 [illegible] 9/13/12
3rd attempt: 2431 Alona Ave, Winter Park Ave [illegible] No longer there [illegible]
4th attempt: [illegible] / UNABLE TO LOCATE, RETURN UN-EXECUTED

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____
Tim Reed
*Plaintiff(s)*

v.

_____
W.B. Care
*Defendant(s)*

Civil Action No.

12-20829

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Goldsmith & Grout, PA.
c/o Jonathan Grout
4216 Centergate Lane #203
Orlando FL 32740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim Reed
226 N. E 1st Av
Miami FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 31, 2012**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts