UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20829-CIV-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON,
    Plaintiff,

v.

W.B. CENTER, LLC et al.,
    Defendants.
_____/

## ORDER

THIS MATTER came before the Court on Stearns Weaver's Objections to and Motion to Quash Plaintiff's Document Subpoena (DE # 130, 11/12/12).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that  Stearns Weaver's Objections to and Motion to Quash Plaintiff's Document Subpoena (DE # 130, 11/12/12) is GRANTED.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 20th day of December, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All Counsel of Record