UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:12-cv-20829-LENARD/O'SULLIVAN

FILED by CBR D.C.

MAR 25 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

TIMOTHY PATRICK REARDON,
an Individual;

   Plaintiff,

vs.

W.B. CARE CENTER, LLC d/b/a WEST
BROWARD CARE CENTER, et al.,

   Defendants.
_____/

## NOTICE OF DROPPING AND VOLUNTARILY DISMISSING MULTIPLE DEFENDANTS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 21 and 41(a)(1)(A)(i), plaintiff drops multiple defendants. as a party defendants, and voluntarily dismisses this action as to the following defendants, with prejudice.

Plaintiff drops and voluntarily dismisses the following Defendants With Prejudice:

1. Millenium Healthcare Management, LLC

2. West Broward Group, LLC

3. Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.

4. Michael I. Bernstein, P.A.

5. Moore Stephens Lovelace, P.A.

6. ECC, P.I.

7. Ruden McClosky

8. Joseph D. Mitchell

9. Law Offices of Peter A. Lewis, P.L.

10. Payton and Associates, LLC
11. Broad and Cassel, P.A.
12. Goldsmith and Grout, P.A.
13. Wilk Auslander, LLP
14. Joshua D. Manaster, P.A.
15. Northern Jacksonville Enterprise, LLC
16. Hialeah Enterprise, LLC
17. West Dixie Care, LLC
18. Coral Gables Holdings, LLC
19. Avon Park Royal Holdings, LLC
20. Boca Group, LLC
21. Delray Group, LLC
22. Bradenton Enterprise, LLC
23. CDBR Enterprise, LLC
24. Soloman and Clara Heisler Family Foundation
25. Weingarten Family Foundation
26. Schon Family Foundation
27. Educational Support Foundation, Inc.
28. Emes Foundation, Inc.
29. Chesed Global Foundation
30. Zichron Foundation for Special Needs
31. The Ridge Park Foundation

*Case No. 1:12-cv-20829-JAL*

Plaintiff specifically does not drop or dismiss the following defendants, with or without prejudice, and has contacted the following defendants to request an Agreed Order to File Second Amended Complaint against:

1. ~~West Broward Care Center, LLC~~ W. B. Care Center, LLC

2. Institutional Leasing 1, LLC

3. Millennium Management, LLC formerly known as Elite Healthcare Management

4. D.I.P. Capital Lending, Inc.

Respectfully submitted

Timothy Patrick Reardon
226 N.E. 1st Ave
Miami, FL  33132
305-302-0601

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on _____, 2013, I electronically filed the foregoing document with the Clerk of Court. I also certify that a true and correct copy of the foregoing document is being served this day on all counsel of record or pro se parties identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or United States first class mail, via facsimile or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

3