FILED by _____ D.C.
APR 16 2013
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:12-cv-20829-LENARD/O'SULLIVAN

TIMOTHY PATRICK REARDON,
an Individual;
    Plaintiff,
vs.

W.B. CARE CENTER, LLC d/b/a WEST
BROWARD CARE CENTER, et al.,
    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING
## LETTER TO JUDGE JOHN O'SULLIVAN

    Plaintiff Timothy Patrick Reardon, appearing Pro Se, files this notice of filing attached letter to the Honorable Judge John O'Sullivan..

Respectfully submitted

_____
Timothy Patrick Reardon
226 N.E. 1st Ave
Miami, FL  33132
305-302-0601

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on _April 16_, 2013, I filed the foregoing document with the Clerk of Court.  I also certify that a true and correct copy of the foregoing document is being served this day on all counsel of record or pro se parties identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or United States first class mail, via facsimile or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

*Case No. 1:12-cv-20829-JAL*

Timothy Patrick Reardon
226 N.E. 1st Ave
Miami, FL 33132
305-302-0601

April 16, 2013

Magistrate Judge John O'Sullivan
United States Magistrate Judge
(filed with Clerk of Court)

Re:   Timothy Patrick Reardon v. W.B. Care Center, LLC, et. al.
      Case #12-20829

Dear Judge O'Sullivan,

I would like to inform the court that I am planning on filing a Motion for Leave to request permission to file Second Amended Complaint.

I assume, perhaps wrongly, that this Court is in the process of issuing Reports and Recommendations regarding the remaining defendants, Institutional Leasing 1, LLC, Millennium Management LLC, DIP Capital Lending Inc. and W.B. Care Center, LLC.

Additionally, I have been granted permission by the Honorable Fort Lauderdale Federal Bankruptcy Judge John K. Olson, under the "Barton Doctrine" to add the Chapter 11 Trustee in my former corporation's Chapter 11 case as a Defendant in the above case.

I have been delayed due to family issues, but I would like to inform this Honorable Court that the Motion will be filed no later than Monday, April 22, 2013.

If appropriate, I would humbly ask this Court that I be allowed until Monday April 22, 2012 to file my Motion for Leave to request permission to file Second Amened Complaint before more Reports or Recommendations are issued.

Sincerely,

Timothy Patrick Reardon

#2759285 v1