UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:12-cv-20829-LENARD/O'SULLIVAN



FILED by _____ D.C.

APR 23 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

TIMOTHY PATRICK REARDON,
an Individual;
     Plaintiff,

vs.

W.B. CARE CENTER, LLC d/b/a WEST
BROWARD CARE CENTER, et al.,
     Defendants.

_____/

### PLAINTIFF'S NOTICE OF FILING
### LETTER TO JUDGE JOHN O'SULLIVAN

    Plaintiff Timothy Patrick Reardon, appearing Pro Se, files this notice of filing

attached letter to the Honorable Judge John O'Sullivan..

Respectfully submitted

_____
Timothy Patrick Reardon
226 N.E. 1st Ave
Miami, FL 33132
305-302-0601

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on _____4/23_____, 2013, I filed the
foregoing document with the Clerk of Court. I also certify that a true and correct copy of
the foregoing document is being served this day on all counsel of record or pro se
parties identified below, either via transmission of Notices of Electronic Filing generated
by CM/ECF and/or United States first class mail, via facsimile or in some other
authorized manner for those counsel or parties who are not authorized to receive
electronically Notices of Electronic Filing:

*Case No. 1:12-cv-20829-JAL*

Timothy Patrick Reardon
226 N.E. 1st Ave
Miami, FL  33132
305-302-0601

April 23, 2013

Magistrate Judge John O'Sullivan
United States Magistrate Judge
(filed with Clerk of Court)

Re:    Timothy Patrick Reardon v. W.B. Care Center, LLC, et. al.
        Case #12-20829

UPDATE TO APRIL 16 LETTER

Dear Judge O'Sullivan,

I previously sent a letter asking this Court until Monday April 22, 2012 to file my Motion for Leave to request permission to file Second Amended Complaint before more Reports or Recommendations are issued.

After filing the letter, [DE 166, 4/16/13], I needed to travel to Sebastian Florida to help find a nursing home for my father.  As a Licensed Nursing Home Administrator I know the importance of finding a quality facility more than most.

I only returned to Miami last night and therefore did not have time to finish my Second Amended Complaint.   Although this Court has not set a deadline, I wanted to inform this Court that I have not abandoned my case.

I am continuing to work on clarifying my Second Amended Complaint to respond to the comments regarding the flaws in my First Amended Complaint.

Lastly, I have recently been informed that I am able to mail my filings directly to the Clerk of Courts.  I plan to file my Second Amended Complaint by Monday April 29, 2013.

Sincerely,

Timothy Patrick Reardon

#2759285 v1